UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| KELLY A. RYAN, | ) |
|    Plaintiff, | ) ) ) |
| v. | ) )   Case No.: 2:22-cv-377 |
| LAKE COUNTY SHERIFF'S DEPARTMENT, *et al.*, | ) ) ) |
|    Defendants. | ) ) |

**ORDER**

This matter is before the court on the Stipulation to Dismiss [DE 82] filed by the parties on October 14, 2025. The court, being duly advised, hereby **GRANTS** the Stipulation [DE 82] and **DISMISSES** this cause **WITH PREJUDICE**. This case is now closed.

ENTERED this 14th day of October, 2025.

/s/ Andrew P. Rodovich
United States Magistrate Judge